UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN W. WILLIAMS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01317 ERW (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant(s). ) | |

## **JUDGMENT**

In accordance with the memorandum and order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that Defendant is entitled to judgment on all counts of Plaintiff's complaint and Plaintiff's complaint is **DISMISSED with prejudice**.

Dated this 26th Day of August, 2008.

*[signature: E. Richard Webber]*

———————————————————
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1